JACOB POLLACK, Respondent, *v.* JEAN R. SPRINGER et al., Doing Business as R & S REALTY Co., Appellants.

Supreme Court, Appellate Term, First Department, December 22, 1949.

*George S. Fishman* for appellants.

*Abraham A. Katz* and *Louis Tancil* for respondent.

*Per Curiam.* The prior judgments secured by defendants against plaintiff should have been allowed as an offset to the sum due to plaintiff.

The judgment should be modified by reducing the recovery to the sum of $993.94, together with taxable costs, and as modified, affirmed, without costs.

HAMMER, HOFSTADTER and PECORA, JJ., concur.

Judgment accordingly.